UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| ROMAN CATHOLIC ARCHBISHOP OF WASHINGTON, et al., | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 13-1441 (ABJ) |
| KATHLEEN SEBELIUS, Secretary, U.S. Department of Health and Human Services, et al., | ) ) ) ) ) | |
| Defendants. | ) ) | |

**ORDER**

Currently before the Court is Defendants' Motion for a Stay of All Litigation Deadlines [Dkt. # 7]. Defendants move to stay all litigation deadlines because of the recent lapse of appropriations to the Department of Justice ("DOJ"), resulting from the government shutdown. Defendants state that, absent an appropriation, DOJ attorneys and employees may not work, except in limited circumstances. Plaintiffs oppose the motion for a stay [Dkt. # 8].

The Court finds that the issuance of a stay would be inappropriate in this case. First, the case involves the Affordable Care Act's contraception mandate, which will become effective as of January 1, 2014, making the issues in this case time sensitive. And second, plaintiffs filed a motion for a preliminary injunction in September, which the Court consolidated with the merits determination with the understanding that it would endeavor to resolve the issues prior to January 1, 2014.

In light of the irreparable harm alleged, the impending time-sensitive contraceptive mandate, and defendants' unwillingness to delay enforcement of the mandate, the Court finds

that an indefinite stay of all litigation deadlines is not compatible with the fair administration of justice. It is essential that the pending motions in this case be litigated now so that they may be resolved prior to January 1, 2014.

Recognizing that the government shutdown has already affected DOJ attorneys handling civil matters, the Court will make limited amendments to the briefing schedule set forth in the September 26, 2013 minute order. Defendants' Motion to Dismiss, or in the alternative, for Summary Judgment, is now due on or before October 11, 2013, and Plaintiffs' Combined Opposition and Cross-Motion for Summary Judgment is now due on or before October 25, 2013. In all other respects, the Court's September 26, 2013 minute order is unchanged.

**SO ORDERED.**

/s/ Amy B. Jackson

AMY BERMAN JACKSON
United States District Judge

DATE: October 3, 2013